AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jan Benton, *As Personal Representative of the Estate* of  )
*William Herman Owens*,                                     )
                                                )      4:16-cv-03953-RBH
      Plaintiff(s),                                            )
                                                )
vs                                                          )
                                                )
Midland National Life Insurance Company,                    )
                                                )
      Defendant(s),                                           )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

This action was  *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge.


                                                      Robin L. Blume
                                                  CLERK OF COURT

                                            By:s/Heather Ciccolella
May 30, 2017                                    Deputy Clerk